1056

[Nos. 36782-0-I; 37369-2-I. Division One. October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS
HARRY JOHNSON, *Appellant*.

Appeals from judgments of the Superior Court for King
County, No. 94-1-02593-3, George T. Mattson, J., entered
May 15, 1995. *Reversed with instructions* by unpublished
per curiam opinion.

[No. 36973-3-I. Division One. October 28, 1996.]

JOHN A. BOLDING, *Respondent*, v. CYNTHIA S.
WESLEY-DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-05492-7, Ronald Castleberry, J.,
entered June 22, 1996. *Affirmed* by unpublished per
curiam opinion.

[No. 37111-8-I. Division One. October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA
MARIE FREY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-01733-1, Norma Smith Huggins, J.,
entered July 12, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37183-5-I. Division One. October 28, 1996.]

WILTON RABON, *Appellant*, v. THE CITY OF SEATTLE,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-20199-7, Michael C. Hayden, J., entered
September 1, 1995. *Affirmed* by unpublished opinion per
Moynihan, J. Pro Tem., concurred in by Grosse and Cox,
JJ. Now published at 84 Wn. App. 296.